## WOODRUM v. PIERCE. (No. 1896.)

(Court of Civil Appeals of Texas. El Paso. Nov. 4, 1926.)

Appeal and error ⊚⇒773(2)—Where no briefs were filed in the Court of Appeals, appeal will be dismissed.

Where no briefs by either party were filed in the Court of Appeals, on motion of appellee, appeal will be dismissed.

Appeal from District Court, Stephens County; C. O. Hamlin, Judge.

Suit between W. F. Woodrum and J. S. Pierce. From a judgment for the latter, the former appeals. Appeal dismissed.

V. L. Shurtleff, of Breckenridge, and J. L. Lackey, of Wichita Falls, for appellant.

Hickman & Bateman and Benson & Dean, all of Breckenridge, for appellee.

WALTHALL, J. This appeal is prosecuted from a final judgment rendered in the district court of Stephens county, on June 26, 1925, in which a jury trial was had and judgment entered thereon in favor of appellee, and against appellant for the sum of $6,424.67, principal and interest due upon a promissory note declared upon. From an order of the trial court overruling appellant's motion for a new trial, appellant gave notice of appeal. The appeal was perfected to the Court of Civil Appeals at Eastland, Tex., and from that court duly transferred to this court, and in this court submitted on October 5, 1926.

No briefs by either party have been filed in this case in this court. The rules for these courts will therefore be enforced, and, on motion of appellee, the appeal taken in this case ordered dismissed.

Appeal dismissed.